In the Matter of the Application of PHILIP LANDES, Appellant, against DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK, et al., Respondents.

Submitted January 3, 1955; decided January 13, 1955.

*Philip Landes,* in person, for motion.

*Seymour B. Quel* opposed.

Motion denied and, on the court's own motion, appeal dismissed upon the ground that there are questions other than the constitutional validity of a statute presented (Civ. Prac. Act, § 588, subd. 4).